854

In the Matter of LAWYERS MORTGAGE COMPANY (100 Lefferts Ave., Brooklyn, New York — Mortgage No. 200,007). HARTFORD FIRE INSURANCE COMPANY, Appellant; BROOKLYN TRUST COMPANY, as Trustee, et al., Respondents.— Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.

In the Matter of the Will of EVAN J. RUSTIN, Deceased. JEROME RUSTIN, Appellant; LAWYERS TRUST COMPANY, as Executor and Trustee, et al., Respondents.— No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

SAMUEL LEVITEN, Respondent, v. WILLIAM SANDBANK et al., Defendants. MICHAEL LESSIN, Appellant.— Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ., concur.

JOHN MARTOCCI, Respondent, v. MICHAEL MARTOCCI et al., Appellants.— Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ., concur.

NATIONAL CITY BANK OF NEW YORK, Appellant, v. MICHAEL PILUSO et al., Respondents.— No opinion. Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.